JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   +1 650 614 7400
Facsimile:   +1 650614 7401

MELISSA LEVIN (STATE BAR NO. 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOATES,<br><br>          Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.<br><br>          Defendant. | Case No. 3:22-cv-04478-SK<br><br>**NOTICE OF APPEARANCE BY COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Jacob M. Heath of Orrick, Herrington & Sutcliffe LLP hereby appears on behalf of Defendants META PLATFORMS, INC. (f/k/a Facebook, Inc.) in the above-captioned matter.

Defendants hereby requests that all notices, including electronic notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendant at the address and email set forth below:

///

///

|   |   |   |
|---|---|---|
| 1 | JACOB M. HEATH (SBN 238959) | |
| 2 | jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 3 | 1000 Marsh Road<br>Menlo Park, CA 94025 | |
| 4 | Telephone:   +1 650 614 7400<br>Facsimile:    +1 650614 7401 | |
| 5 | | |
| 6 | Dated: September 29, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | | |
| 8 | | By:   */s/ Jacob M. Heath* |
| 9 | | JACOB M. HEATH<br>Attorneys for Defendants<br>META PLATFORMS, INC. |

- 2 -