UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOATES,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK INC.,<br><br>  Defendant. | Case No. 22-cv-04478-SK<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk will now reassign this case to a United States District Judge because either:

[x]   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before SALLIE KIM are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: September 29, 2022

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Melinda K. Lock, Deputy Clerk to the
Honorable SALLIE KIM

*Rev. 10-18*