U.S. DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mr. Michael Moates | Case No.: 4:21-cv-00694 |
| Plaintiffs | |
| v. | **MOTION FOR LEAVE TO FILE** |
| Facebook Inc. | **AMENDED COMPLAINT** |
| Defendants | |

Pursuant to Rule 15(a), Plaintiff Michael Moates requests this court grant leave to file an amended complaint. The rule reads, "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

As Defendants have stated multiple times, this action was originally brought in a state district court in Texas. It was subsequently removed to the United States District Court for the Eastern District of Texas. As such, the pleadings in this case were subject to state jurisdictional rules of civil procedure. It is not in compliance with the Federal Rules of Civil Procedure. Further, some causes of actions shall now be dismissed and others raised.

This court has ruled numerous times that the purpose of Rule 15 is to allow for a full hearing on the merits. See emphasis added: "The purpose of Rule 15(d) is to **promote as complete an**

1

**adjudication** of the dispute between the parties as is possible." LaSalvia v. United Dairymen of Ariz., 804 F.2d 1113, 1119 (9th Cir. 1986). (Emphasis Added).

The court has (see emphasis) "Rule 15(d) is intended to give district courts **broad discretion in allowing supplemental pleadings**. The rule is a tool of judicial economy and convenience." Keith v. Volpe, 858 F.2d 467, 473 (9th Cir. 1988). (Emphasis added).

There is no undue prejudice to Defendants as the events all arise from the same action. Nothing additional is being pleaded. Simply, the complaint is to be amended with the Federal Rules of Civil Procedure and causes of actions consistent with Federal and California law.

The move from state court to federal court was the choice of Defendants. The transfer from the Eastern District of Texas to the Northern District of Texas was the choice of Defendants. Plaintiff simply asks this court to allow him to comply with the rules set forth by this court and the case law that applies to it. In addition to the laws, there are different precedents set by the Ninth Circuit Court of Appeals that apply to this court.

Also, no Amended Complaint has been filed in Federal Court. Only once in state court. No Amended Complaint has been filed since multiple parties were dismissed. Thus, the need to clarify who and what causes of actions apply to which parties.

A denial of the request for Amended Complaint would cause the Plaintiff to not get justice because he would not be able to effectively present his case. The Plaintiff requests 30 days from

the date the court approves this motion to submit an amended complaint. If a denial is issued, the Plaintiff requests a stay pending appellate procedure.

Very Respectfully,

/s/ Michael Moates

6004 Oakland Bend Drive #116

Fort Worth, Texas 76112

(254) 966-2837

mike@behaviorscientists.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via email via their consent.

Very Respectfully,

/s/ Michael Moates

6004 Oakland Bend Drive #116

Fort Worth, Texas 76112

(254) 966-2837

mike@behaviorscientists.org