UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Michael Moates<br><br>        Plaintiffs<br><br>    v.<br><br>Facebook Inc.<br><br>        Defendants | Case No.: 22-cv-04478-JD<br><br>**MOTION FOR CONTINUANCE** |

On 09/30/2022, this court issued an order titled REASSIGNMENT ORDER SETTING CMC. On 11/01/2022, both parties filed JOINT STIPULATION AND[PROPOSED] ORDER TO SET BRIEFING SCHEDULE. As of today, the court has not ruled on the stipulation. Given the fact that the parties anticipated the court would rule on our stipulation and because the Motion for Leave was filed, we were unable to "file a joint case management statement…" In addition, parties are not ready to proceed with the case management hearing until a ruling on the Motion for Leave. Plaintiff requests this court grant a continuance and reset the case management hearing.

Very Respectfully,

/s/ Michael Moates

6004 Oakland Bend Drive #116

Fort Worth, Texas 76112

(254) 966-2837

mike@behaviorscientists.org

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via email via their consent.

                Very Respectfully,

                /s/ Michael Moates

                6004 Oakland Bend Drive #116

                Fort Worth, Texas 76112

                (254) 966-2837

                mike@behaviorscientists.org