UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 1, 2022  Judge: Hon. James Donato

Time: 2 Minutes

Case No.  **3:22-cv-04478-JD**
Case Name  **Moates et al v. Facebook, Inc. et al**

Attorney(s) for Plaintiff(s):  No Appearance
Attorney(s) for Defendant(s):  Jacob Heath

FTR Reporter: 10:38:40-10:40

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Initial case management conference -- Held.

## NOTES AND ORDERS

Pro se plaintiff Moates did not appear, and the absence was unexcused. Future unexcused absences will result in sanctions, including dismissal of the case under Federal Rule of Civil Procedure 41(b).

Moates's motion for leave to file an amended complaint, Dkt. No. 40, is granted. The amended complaint must be filed by December 22, 2022. A failure to meet this deadline will result in a dismissal of the case under FRCP 41(b). Defendant Facebook may then file a motion to dismiss. The case is stayed in all other respects.