KEKER, VAN NEST & PETERS LLP
CHRISTOPHER C. KEARNEY - # 154101
ckearney@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MOATES,<br><br>          Plaintiff,<br><br>     v.<br><br>FACEBOOK INC.,<br><br>          Defendant. | Case No. 3:22-cv-04478-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Dept.:    Courtroom 11 – 19th Floor<br>Judge:    Hon. James Donato<br><br>Trial Date:  None Set |

1949649

1        PLEASE TAKE NOTICE that Christopher C. Kearney and W. Hamilton Jordan of

2   KEKER, VAN NEST & PETERS LLP, located at 633 Battery Street, San Francisco, CA,

3   withdraw their appearance as counsel for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.) in

4   the above-captioned matter.  ORRICK, HERRINGTON & SUTCLIFFE, LLP continues to serve

5   as counsel for Meta Platforms, Inc. through its attorneys Jacob Marcus Heath and Melissa Levin.

6   All future correspondence and papers in this action should continue to be directed to them.

7

8   Dated:  December 1, 2022                                    KEKER, VAN NEST & PETERS LLP

9

10                                                      By:   */s/ Christopher C. Kearney*
                                                              CHRISTOPHER C. KEARNEY
11                                                            W. HAMILTON JORDAN

12                                                            Attorneys for Defendant META
                                                              PLATFORMS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1949649