JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650 614 7400
Facsimile: +1 650614 7401

MELISSA LEVIN (STATE BAR NO. 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant META PLATFORMS, INC.

Michael Moates,
*Pro per* Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOATES,<br><br>            Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>            Defendant. | Case No. 3:22-cv-04478-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE HIS AMENDED COMPLAINT** |

Plaintiff Michael Moates and Defendant Meta Platforms, Inc. ("Meta") (f/k/a Facebook) (collectively the "Parties"), by and through their counsel of record, hereby stipulate, subject to approval of the Court, as follows:

1. On November 19, 2020, Plaintiff filed a Complaint against Meta in the United States District Court for the Eastern District of Texas, which was captioned *Moates v. Facebook, Inc.*, Case No. 4:20-cv-00896.

2. On December 28, 2020, Plaintiff filed a Second Amended Complaint ("SAC"), asserting claims for (1) fraud; (2) breach of contract; (3) violation of civil rights; (4) violation of antitrust laws; (5) data theft; (6) violation of contract; (7) violation of regulation FD, unfair practices, insider trading; and (8) violation of right to privacy.

3. On February 3, 2021, Meta moved to dismiss Plaintiff's SAC and to transfer the action (4:20-cv-00896) to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

4. On May 14, 2021, the assigned magistrate judge issued a report and recommendation that the action (4:20-cv-00896) be transferred to the U.S. District Court for the Northern District of California.

5. On August 4, 2021, before the action (4:20-cv-00896) was transferred, Plaintiff voluntarily dismissed the action.

6. On July 29, 2021, Plaintiff filed an Original Petition against Meta in the 31st District Court of Denton County, which was captioned *Moates v. Facebook, Inc.*, Case No. 21-6407-431. On August 23, 2021, Plaintiff filed an Amended Petition.

7. On September 9, 2021, Meta removed the state court action (21-6407-431) to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. *Moates v. Facebook, Inc.*, Case No. 4:21-cv-00694.

8. On July 12, 2022, the Court granted Meta's motion to transfer and transferred the case to the Northern District of California. *Moates v. Facebook, Inc.*, Case No. 22-cv-04478-SK.

9. On September 30, 2022, the matter was reassigned to the Honorable Judge James Donato. The Court set the Case Management Conference to December 1, 2022, at 10:00 A.M.

10. On December 1, 2022, Meta attended the Case Management Conference. The Court granted Plaintiff's Motion for Leave to Amend and ordered Plaintiff to file his amended complaint by December 22, 2022.

11. Due to the upcoming holidays, which would impact both Plaintiff's deadline to file an amended complaint and Meta's subsequent deadline to file its motion to dismiss, the parties have met and conferred in good faith and have agreed, subject to the Court's approval, to extend Plaintiff's deadline to file an amended complaint to January 9, 2022.

12. It is therefore stipulated and agreed by and between the Parties:

Plaintiff's deadline to file amended complaint shall be **January 9, 2022.**

Dated:  December 12, 2022        Respectfully submitted,

ORRICK, HERRINGTON & SUTTCLIFFE LLP

By: */s/ Jacob M. Heath*
      Jacob M. Heath

*Attorney for Defendants Meta Platforms, Inc.*

By: */s/ Michael Moates*
      Michael Moates

*Pro per* Plaintiff

CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  December 12, 2022        By:   */s/ Jacob M. Heath*
                                              JACOB M. HEATH

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
CASE NO. 3:22-CV-04478-JD

4150-2620-7555

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

                                            HONORABLE JAMES DONATO
                                            United States District Judge