### United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doctor Michael Moates | Case No.: 22-cv-04478-JD |
| Licensed Psychologist | |
| Plaintiffs | |
| v. | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC. | |
| DBA: Facebook, Instagram, Meta Quest | |
| (Oculus), Facebook Messenger, Whatsapp | |
| Defendants | |

# PLAINTIFF MICHAEL MOATES'

# LIST OF EXHIBITS

**List of Exhibits**

**Exhibit A - Ads ran to gain likes and followers for the pages owned by Michael Moates**

**Exhibit B - QAnon Rules**

**Exhibit C - Grandjury Subpoena**

# Exhibit a



**Michael Moates**
**Sponsored** · Paid for by **-MICHAEL STEVEN MOATES**

I support my president and my country! Like my page for the latest content!



👍 Like Page



**Michael Moates**
**Sponsored** · Paid for by **-MICHAEL STEVEN MOATES**

I support my president and my country! Like my page for the latest content!



👍 Like Page

# EXHIBIT B

# An Update to How We Address Movements and Organizations Tied to Violence

August 19, 2020

**Update on October 17, 2022 at 5:00 AM PT:**

As part of our work to continue enforcing this policy, as of August 15, 2022, we have identified over 1,151 militarized social movements to date and in total, removed about 4,200 Pages, 20,800 groups, 200 events, 59,800 Facebook profiles and 8,900 Instagram accounts. We've also removed about 4,200 Pages, 12,000 groups, 840 events, 67,200 Facebook profiles and 38,800 Instagram accounts for violating our policy against QAnon.

We continue to strengthen our enforcement by identifying additional militarized social movements and new terms associated with QAnon. We'll continue consulting experts to inform our strategy and will identify and remove content accordingly.

**Update on November 9, 2021 at 10:00 AM PT:**

As part of our work to continue enforcing this policy, as of September 14, 2021, we have identified over 1,013 militarized social movements to date and in total, removed about 4,000 Pages, 20,600 groups, 190 events, 54,900 Facebook profiles and 8,300 Instagram accounts. We've also removed about 3,900 Pages, 11,300 groups, 640 events, 50,300 Facebook profiles and 32,500 Instagram accounts for violating our policy against QAnon.

We continue to strengthen our enforcement by identifying additional militarized social movements and new terms associated with QAnon. Improvements in our ability to detect text within images has helped us to remove profiles and accounts focused on sharing a high volume of QAnon content. We'll continue consulting experts to inform our strategy and will identify and remove content accordingly.

# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

Michael Moates

Re:     Grand Jury Subpoena:

    Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury.  The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party.  While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

    If you intend to disclose the existence of this Grand Jury Subpoena request to a third party, please let me know before making any such disclosure.

    Thank you for your cooperation in this matter.

                    Very truly yours,

                    AUDREY STRAUSS
                    Acting United States Attorney

By:     *Robert B. Sobelman*

                    Robert B. Sobelman
                    Assistant United States Attorney
                    (212) 637-2616

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:    Michael Moates

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    September 17, 2020         Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of :

18 U.S.C. §§ 1341, 1343, 1349, 1956, 1957

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**Please see attached rider.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         August 31, 2020

*Audrey Strauss /RBS*
AUDREY STRAUSS
*Acting United States Attorney for the*
*Southern District of New York*

*Robert B. Sobelman*
Robert B. Sobelman

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:    212-637-2616
Email: robert.sobelman@usdoj.gov

rev. 02.01.12

**RIDER**
(Grand Jury Subpoena to Michael Moates, dated August 31, 2020)
Ref. No. 2019R01097

**Advice of Rights**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

**Instructions and Definitions:**

1. This subpoena calls for the production of categories of documents, records, correspondence, and other written and electronic material, as specified below, in your possession, custody or control This subpoena covers all responsive documents wherever they may be found, including on computers, email accounts, iCloud accounts, servers, cellphones, and other personal electronic devices, whether in the United States or any foreign jurisdiction.

2. "Documents" refers to any and all documents and records, in whatever form kept, including, but not limited to, writings, emails, text messages, messages sent through "apps" or social media accounts, drawings, graphs, charts, calendar entries, photographs, audio or visual recordings, images, and other data or data compilations, and includes materials on both paper and electronic form.



3.

4.

5. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved. Any documents withheld on grounds of privilege must be specifically identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.