UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doctor Michael Moates<br><br>Licensed Psychologist<br><br>Plaintiffs<br><br>v.<br><br>META PLATFORMS, INC.<br><br>DBA: Facebook, Instagram, Meta Quest (Oculus), Facebook Messenger, Whatsapp<br><br>Defendants | Case No.: 22-cv-04478-JD<br><br>**PLAINTIFF MICHAEL MOATES' NOTICE OF UPDATED CONTACT INFORMATION**<br><br>**JURY TRIAL DEMANDED** |

**COMES NOW**, Plaintiff Michael Moates and hereby files this Notice for Change of Contact Information

**Plaintiff Michael Moates now seeks to change his contact information to the following:**

**Name: Doctor Michael Moates**

**Phone Number: 254-966-2837**

**Address: 4501 Nautilus Circle, #710, Fort Worth, Texas 76106**

**Email: mike@cpmht.com**

**Plaintiff Michael Moates requests that the Court update his contact information accordingly.**

**Respectfully submitted,**

**/s/ Michael Moates**

**Michael Moates, Pro se**

**4501 Nautilus Circle, #710**

**Fort Worth, Texas 76106**

**254-966-2837**