| | |
|---|---|
| 1 | JACOB M. HEATH (SBN 238959) |
|   | jheath@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 March Road |
| 3 | Menlo Park, CA 94025 |
|   | Telephone: (650) 614-7470 |
| 4 | Facsimile: (650) 614-7401 |
| 5 | MELISSA LEVIN (SBN 328146) |
|   | melissalevin@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 7 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 8 | Telephone:     +1 415 773 5700 |
|   | Facsimile:     +1 415 773 5759 |
| 9 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MOATES, | Case No. 3:22-cv-04478-JD |
| Plaintiff, | **DECLARATION OF MELISSA LEVIN IN SUPPORT OF META'S REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| META PLATFORMS, INC. et al., | Hearing Date: June 1, 2023 |
| Defendants. | Time:         10:00 a.m. |
|  | Dept:         Crt. Room 11 |
|  | Judge:        Hon. James Donato |

1       I, MELISSA LEVIN, declare as follows:

2       I am a member of the California State Bar, admitted to practice before this Court. I am an associate at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Meta Platforms, Inc. I make this declaration in support of Meta's Request for Judicial Notice. I am familiar with the events, pleadings, and discovery in this action and, if called as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

   1.  Attached as Exhibit A is a true and correct copy of Meta's Terms of Service as of October 20, 2020 (dated October 1, 2020).

   2.  This document is publicly available at: https://web.archive.org/web/20201020015621/https://www.facebook.com/terms/

   3.  Attached as Exhibit B is a true and correct copy of Meta's Terms of Service, which was formally called the Statement of Rights and Responsibilities, as of July 13, 2014 (dated November 15, 2013).

   4.  This document is publicly available at: https://web.archive.org/web/20140714225237/https://www.facebook.com/terms

   I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

   Executed on the 6th day of April, 2023 at San Francisco, California.

   */s/ Melissa Levin*
   Melissa Levin