JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 March Road
Menlo Park, CA 94025
Telephone: (650) 614-7470
Facsimile: (650) 614-7401

MELISSA LEVIN (SBN 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOATES,<br><br>              Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC. et al.,<br><br>              Defendants. | Case No. 3:22-cv-04478-JD<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: June 1, 2023<br>Time:            10:00 am<br>Dept:             19<br>Judge:           Hon. James Donato |

I am employed in the County of San Mateo, State of California. I am over the age of 18 years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On April 6, 2023, I served the following document(s) entitled:

1. **DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, MEMORANDUM POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT;**

3. **DEFENDANTS REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT;**

4. **DECLARATION OF MELISSA LEVIN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE; EXHIBITS A & B; and**

5. **[PROPOSED] ORDER RE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT.**

on all interested parties to this action in the manner described as follows:

> Michael Moates
> 6004 Oakland Bend., #116
> Denton, TX 76112
> mike@cpmht.com

☒ **(VIA EMAIL)** On April 6, 2023, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☒ **(VIA U.S. MAIL)** On April 7, 2023 by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, CA.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on April 6, 2023, at Fremont, California.

*/s/ Sema Virrueta*
Sema Virrueta