JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 March Road
Menlo Park, CA 94025
Telephone: (650) 614-7470
Facsimile: (650) 614-7401

MELISSA LEVIN (SBN 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC. et al.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-04478-RFL<br><br>**DEFENDANT META PLATFORMS, INC.'S RE-NOTICE OF MOTION TO DISMISS**<br><br>Hearing Date:　February 27, 2024<br>Time:　10:00 am<br>Dept:　19<br>Judge: Honorable Rita F. Lin |

**NOTICE OF MOTION AND RELIEF SOUGHT**

PLEASE TAKE NOTICE that the hearing of Defendant Meta Platforms, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 63), previously noticed for June 22, 2023 at 10:00 a.m. in the Courtroom of Honorable Araceli Martinez-Olguin, and subsequently vacated for decision without hearing (Dkt. No. 73-1), is hereby re-noticed for February 27, 2024 at 10:00 a.m. in the Courtroom of Rita F. Lin, located at United States District Court, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 7, 2023

JACOB M. HEATH
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Jacob M. Heath_____
JACOB M. HEATH
Attorney for Defendant
Meta Platforms, Inc.

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On December 7, 2023, I served the following document(s) entitled:

**DEFENDANT META PLATFORMS, INC.'S RE-NOTICE OF MOTION TO DISMISS.**

on all interested parties to this action in the manner described as follows:

> Michael Moates
> 6004 Oakland Bend., #116
> Denton, TX 76112
> mike@cpmht.com

☒ **(VIA EMAIL)** On December 7, 2023, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☒ **(VIA U.S. MAIL)** On April 7, 2023 by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, CA.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on December 7, 2023, at Menlo Park, California.

                                    */s/ Sema Virrueta*
                                    Sema Virrueta